# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 9, 2008

Charles R. Fulbruge III
Clerk

No. 07-60010

MAGNOLIA HEALTHCARE INC; FOUNDATION HEALTH SERVICES INC

Plaintiffs-Appellees

v.

HARTFORD FINANCIAL SERVICES GROUP INC; HARTFORD
UNDERWRITERS INSURANCE COMPANY

Defendants-Appellants

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:04-CV-370

Before KING, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

In this companion case to Hartford Underwriters Insurance Co. v. Foundation Health Services Inc., 07-60023, Hartford Underwriters Insurance Company attempts to appeal the district court's order that (1) granted Foundation Health Services and Magnolia Healthcare's motion for partial summary judgment, and (2) denied Hartford's motion for declaratory judgment

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and partial summary judgment. The district court's order is not a final judgment, and we conclude that we have no jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 or otherwise.

DISMISSED.